# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR DODDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>E. LASCANO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00656 AWI DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　Plaintiff Jaymar Dodds ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April 13, 2009. On September 28, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendants Lascano and Williams for violation of the Eighth Amendment, and against Defendants Hamlin and Lascano for retaliation, in violation of the First Amendment.[1] 28 U.S.C. § 1915A, Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　　E. LASCANO

　　　　　　　　　J. HAMLIN

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's remaining claims be dismissed for failure to state a claim, and Defendant Rivera be dismissed based on Plaintiff's failure to state any claims against him.

1

B. WILLIAMS

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 13, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed complaint filed April 13, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   October 27, 2009**           /s/ Dennis L. Beck
                                                       UNITED STATES MAGISTRATE JUDGE