# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR DODDS, | CASE NO. 1:09-cv-00656-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |
| v. | |
| LASCANO, et al., | (Doc. 11) |
| Defendants. | |

Plaintiff Jaymar Dodds is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against Defendants Lascano and Williams for violation of the Eighth Amendment, and against Defendants Hamlin and Lascano for retaliation, in violation of the First Amendment. The Court also found that Plaintiff's allegations do not support claims against any defendant relating to the strip search, or for denial of access to the courts, or regarding Plaintiff's conditions of confinement in the ASU. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On October 23, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable.

Based on Plaintiff's October 23, 2009 notice, on October 27, 2009, the Magistrate Judge filed a Findings and Recommendations that recommend the claims previously found not

1  cognizable be dismissed.   The Findings and Recommendations were served on Plaintiff and
2  contained notice that any objection to the Findings and Recommendations was to be filed within
3  thirty days.   Plaintiff did not file an Objection to the Findings and Recommendations.
4     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
5  <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the
6  Findings and Recommendations to be supported by the record and by proper analysis.
7     Accordingly, IT IS HEREBY ORDERED that:
8     1.  The Findings and Recommendations, filed October 27, 2009, is adopted in full;
9     2.  This action proceed on Plaintiff's complaint, filed April 13, 2009, against
10        Defendants Lascano and Williams for violation of the Eighth Amendment and
11        against Defendants Hamlin and Lascano for retaliation in violation of the First
12        Amendment;
13    3.  Plaintiff's claims for denial of access to the courts and pertaining to the strip
14        search are dismissed for failure to state a claim;
15    4.  Plaintiff's claims regarding the conditions of confinement are dismissed without
16        prejudice for violation of Federal Rule of Civil Procedure 18; and
17    5.  Defendant Rivera is dismissed based on Plaintiff's failure to state any claims
18        against him.
19
20 IT IS SO ORDERED.
21 **Dated:   December 23, 2009**           **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE