# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR DODDS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. LASCANO, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:09-cv-00656-AWI-DLB PC<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO RESPOND TO ORDERS TO SHOW CAUSE<br><br>(ECF NOS. 17, 18)<br><br>RESPONSE DUE WITHIN 30 DAYS |

　　　Plaintiff Jaymar Dodds ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On, November 13, 2009, the court directed the United States Marshal to initiate service of process on defendants E. Lascano, J. Hamlin, and B. Williams. The Marshal was unable to locate and serve Defendants E. Lascano, J. Hamlin, and B. Williams, and on February 1, 2010, the Marshal returned the USM-285 forms to the Court.

　　　On March 29, 2010, the Court issued an order to show cause why Defendants E. Lascano and J. Hamlin should not be dismissed from this action for failure to provide information sufficient to effect service of process. (ECF Nos. 17, 18.) On April 23, 2010, Plaintiff filed his response to the order. (ECF No. 20.) Plaintiff contends that Defendants Lascano and Hamlin no longer work at Kern Valley State Prison. Plaintiff requests an additional thirty days in which to gather additional information to assist the United States Marshal in effecting service of process.

　　　Good cause appearing, the Court HEREBY ORDERS that Plaintiff's request for additional time to respond to the Court's orders, ECF Nos. 17 and 18, is GRANTED. Plaintiff is

granted an additional **thirty (30) days** from the date of service of this order in which to file a response.  Failure to file a timely response or to provide sufficient information will result in a recommendation of dismissal of Defendants Lascano and Hamlin.

IT IS SO ORDERED.

Dated:   **June 24, 2010**            **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE