# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR DODDS, | CASE NO. 1:09-CV-00656-AWI-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| E. LASCANO, et al., | (DOCS. 30, 36) |
| Defendants. | RESPONSE DUE WITHIN 30 DAYS |

Plaintiff Jaymar Dodds ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants B. Williams, J. Hamlin, and E. Lascano. On November 15, 2010 and April 6, 2011, Defendants filed motions to dismiss. Docs. 30, 36. As of the date of this order, Plaintiff has not file an opposition. Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motions within thirty (30) days from the date of service of this order. Failure to file a timely opposition will result in waiver of the right to file an opposition and may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:  **May 11, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1