# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR DODDS,<br><br>            Plaintiff,<br><br>    v.<br><br>E. LASCANO, et al.,<br><br>            Defendants. | Case No. 1:09-cv-00656-AWI-DLB PC<br><br>**ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO COMPEL**<br><br>ECF No. 53<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Jaymar Dodds ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants E. Lascano and J. Hamlin for retaliation in violation of the First Amendment. Pending before the Court is Defendants' motion to compel, filed September 6, 2012. ECF No. 53. As of the date of this order, Plaintiff has failed to file a response to the motion.

It is HEREBY ORDERED that Plaintiff is to respond to Defendants' motion to compel within **twenty-one days** from the date of service of this order. Failure to respond to this order or Defendants' motion will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **October 26, 2012**                    /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE

1