# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYMAR DODDS,<br><br>                Plaintiff,<br><br>    v.<br><br>E. LASCANO, et al.,<br><br>                Defendants. | Case No. 1:09-cv-00656-AWI-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 55<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Jaymar Dodds ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On October 26, 2012, the Court ordered Plaintiff to respond to Defendants' second motion to compel within twenty-one days. ECF No. 55. Plaintiff had previously failed to respond to Defendants' first motion to compel, but the Court granted Plaintiff an extension of time to respond. Defendants' second motion to compel again seeks the responses previously requested in Defendants' first motion to compel. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is to show cause within **fourteen (14) days** why this action should not be dismissed for failure to obey a court order; and

1

2. If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action for failure to obey a court order.

IT IS SO ORDERED.

    Dated: __**November 21, 2012**__            /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE